ELIZABETH BENYOLA v. JOSEPH SCALA.

June 27, 1978. Petition for certification denied.

IN THE MATTER OF DISCIPLINARY PROCEEDINGS AGAINST C. SCHMIDT & SONS, INC. OF N. J.

June 27, 1978. Petition for certification granted. (See 158 *N. J. Super.* 595)

IN THE MATTER OF DISCIPLINARY PROCEEDINGS AGAINST C. SCHMIDT & SONS INC. OF N. J.

June 27, 1978. Cross-Petition for certification granted. (See 158 *N. J. Super.* 595)

P.T. & L. CONSTRUCTION CO., INC. v. MASON-CONNOR, INC.

June 27, 1978. Petition for certification denied.

ROBERT MALONE v. JAMES L. FENDER.

June 27, 1978. Petitions for certification granted. (See 158 *N. J. Super.* 190)

STATE OF NEW JERSEY IN THE INTEREST OF R.R., JR.

June 27, 1978. Petition for certification granted.